

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondents/Plaintiff | * * * * * * * |
| VS. | * Criminal No. 12-20218 <br> * |
| NICHOLAS HOOD,<br>    Defendant | * * |

### PETITIONER' MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the petitioner, Nicholas Hood, herein the above style case hereby respectfully moves this Honorable Court for appointment of counsel. As grounds therefore, the Petitioner states in light of the Supreme Court of the United States ruling in **Sessions vs. Dimaya**, 18 U.S.C. §16(b) is unconstitutionally vague and violates the Due Process Clause. Section 924 defines a "crime of violence" identically to Section 16(b).

Right now this Petitioner is serving time on 18 U.S.C. §924 (c) that is predicated on a "crime of violence" as defined under 924 (C)(3)(B).

Petitioner requests that this court shall appoint him counsel from the Federal Defender Office. The Petitioner is relying on DIMAYA to prove his conviction and sentence are unconstitutional.

Whereas, the Petitioner prays this honorable court grant his request for relief by appointing him counsel to represent him in this matter.

Respectfully Submitted

Nicholas Hood
Fed Reg. No. 49831-039
FCI Cumberland
Cumberland Md 21501



⇧49831-039⇦
Nicolas Hood
Federal Correctional Institution
p.o box 1000
Cumberland, MD 21501
United States

⇧49831-039⇦
Theodore Levin Us Courthouse
231 W Lafayette BLVD
Detroit, MI 48226
United States

